**Order filed May 12, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00191-CV**
_____

**PAULETTE HOWARD D/B/A MASON BUILDERS AND MASON HOWARD, Appellants**

**V.**

**MICHAEL C. HOBBS AND DEBORAH K. HOBBS, Appellees**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 108577-CV**

---

# O R D E R

A notice of appeal in this case was filed in the trial court March 15, 2022. Appellants have not paid the filing fee of $205.00, and they were notified that they had not paid the filing fee on March 29, 2022. In a similar vein, the clerk responsible for preparing the record notified this court that appellants had not made payment for the clerk's record. No evidence that appellants have established indigence or are otherwise excused by statute or the Texas Rules of Appellate Procedure from paying

fees or costs has been filed. *See* Tex. R. App. P. 5; Tex. R. Civ. P. 145. On April 14, 2022, this court notified appellants that the appeal was subject to dismissal unless they filed a response with proof of payment for the clerk's record. No response was filed. Therefore, the court issues the following order.

Appellants are ordered to, on or before **June 2, 2022**, either demonstrate their indigence or both pay the filing fee in the amount of $205.00 to the clerk of this court and demonstrate that they have made arrangements to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). Failure to fulfill either set of requirements may result in dismissal of this appeal. *See* Tex. R. App. P. 5, 37.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Poissant.